IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| KERRY L. WEBER<br>326 Singletree Street<br>Highland Village, Texas 75077 | * | |
| | * | |
| and | * | |
| | | |
| RAMON A. BAUZA<br>326 Singletree Street<br>Highland Village, Texas 75077 | * | |
| | * | **JURY TRIAL PRAYED** |
| Plaintiffs, | * | Case No. |
| | * | |
| v. | * | |
| | | |
| BUSARI TAJUDEEN LAWAL a.k.a.<br>ISHAU ABIOLA FATOYE | * | |
| 7980 New Riggs Road, Apt. 108<br>Hyattsville, Maryland 20783 | * | |
| | * | |
| Defendant. | * | |
| | * | |

*    *    *    *    *    *    *    *    *    *    *    *    *

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, Plaintiffs, Kerry L. Weber and Ramon A. Bauza, by and through

their attorneys, Vadim A. Mzhen, Nicholas J. Pappas, and Lebowitz & Mzhen, LLC, and

in support of their claims for negligence against Defendant, Busari Tajudeen Lawal a.k.a.

Ishau Abiola Fatoye, state as follows:

## FACTS COMMON TO ALL COUNTS

1.    Plaintiff, Kerry L. Weber (hereinafter also referred to "Plaintiff Weber"), is an

adult resident of Denton County, Texas.

2.    Plaintiff, Ramon A. Bauza (hereinafter also referred to "Plaintiff Bauza"), is an adult resident of Denton County, Texas.

3.    Defendant, Busari Tajudeen Lawal a.k.a. Ishau Abiola Fatoye (hereinafter also referred to as "Defendant"), is an adult resident of Prince George's County, Maryland.

4.    The incident described herein below occurred in Baltimore County, Maryland.

5.    The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00).

6.    Jurisdiction is proper in the United States District Court for the District of Maryland under 28 U.S.C. §1332(a)(1).

7.    On April 11, 2021, Defendant was operating an automobile traveling southbound, at an excessive rate of speed, on Interstate I-695 at or near Exit 12A (Southwestern Boulevard/Arbutus) in Baltimore County, Maryland.  Plaintiff Weber and Plaintiff Bauza were traveling as passengers at that time in Defendant's automobile.

8.    On that date and at that time, the weather conditions were rainy and the road conditions were wet.

9.    Suddenly and without warning, Defendant lost control of his automobile, spun-out, and collided into the Jersey wall and/or barrier, which divided the northbound and southbound lanes of I-695, thereby causing both Plaintiff Weber and Plaintiff Bauza to sustain serious bodily injuries.

## COUNT I – NEGLIGENCE
### (Plaintiff Kerry L. Weber v. Defendant Busari Tajudeen Lawal a.k.a. Ishau Abiola Fatoye)

10.    Plaintiff Weber incorporates by reference Paragraphs 1 through 9 of this Complaint as if fully set forth herein.

11.    Defendant was negligent and careless in that he:

    a)    failed to maintain proper control of his automobile;

    b)    failed to keep a proper lookout;

    c)    failed to avoid a collision;

    d)    failed to maintain a safe and proper speed to avoid losing control of his automobile;

    e)    failed to give due time and attention;

    f)    failed to operate his automobile in a safe and reasonable manner under the wet and rainy conditions present at that time and while transporting Plaintiff Weber; and

    g)    was in other respects negligent and careless.

12.    Defendant had a duty of care to operate his vehicle in a reasonably safe and prudent manner.  Defendant breached that duty of care by failing to operate his vehicle in a reasonably safe and prudent manner.

13.    Defendant's negligence proximately caused Plaintiff Weber to lose her former state of physical and mental well-being, and to suffer serious injuries about her head, neck, body, limbs, and to suffer great mental anguish, loss of work, wages, medical, physical therapy, and other expenses, as well as other injuries and damages.

14.   All such injuries were caused directly and solely by the negligence of Defendant, without any negligence and/or contributory negligence by Plaintiff Weber.

WHEREFORE, the Plaintiff, Kerry L. Weber, demands judgment against Defendant, Busari Tajudeen Lawal a.k.a. Ishau Abiola Fatoye, in the amount of One Million Dollars ($1,000,000.00) in compensatory damages, plus interest and costs.

## COUNT II – NEGLIGENCE
### (Plaintiff Ramon A. Bauza v. Defendant Busari Tajudeen Lawal a.k.a. Ishau Abiola Fatoye)

15.   Plaintiff Bauza incorporates by reference Paragraphs 1 through 9 of this Complaint as if fully set forth herein.

16.   Defendant was negligent and careless in that he:

a)   failed to maintain proper control of his automobile;

b)   failed to keep a proper lookout;

c)   failed to avoid a collision;

d)   failed to maintain a safe and proper speed to avoid losing control of his automobile;

e)   failed to give due time and attention;

f)   failed to operate his automobile in a safe and reasonable manner under the wet and rainy conditions present at that time and while transporting Plaintiff Bauza; and

g)   was in other respects negligent and careless.

17.   Defendant had a duty of care to operate his vehicle in a reasonably safe and prudent manner.   Defendant breached that duty of care by failing to operate his vehicle in a reasonably safe and prudent manner.

18.   Defendant's negligence proximately caused Plaintiff Bauza to lose his former state of physical and mental well-being, and to suffer serious injuries about his head, neck, body, limbs, and to suffer great mental anguish, loss of work, wages, medical, physical therapy, and other expenses, as well as other injuries and damages.

19.   All such injuries were caused directly and solely by the negligence of Defendant, without any negligence and/or contributory negligence by Plaintiff Bauza.

WHEREFORE, the Plaintiff, Ramon A. Bauza, demands judgment against Defendant, Busari Tajudeen Lawal a.k.a. Ishau Abiola Fatoye, in the amount of One Million Dollars ($1,000.000.00) in compensatory damages, plus interest and costs.

Respectfully submitted,

Vadim A. Mzhen, Federal Bar No. 25531
Nicholas J. Pappas, Federal Bar No. 30891
Lebowitz & Mzhen, LLC
9 Park Center Court, Suite 220
Owings Mills, Maryland 21117
410-654-3600
410-654-3601 (fax)
vamzhen@comcast.net
npappas.lebowitz.mzhen@gmail.com
*Attorneys for the Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

_____
Nicholas J. Pappas